**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7798**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MARK WATKINS,

Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:94-cr-00066-JPB-1)

Submitted:  October 8, 2021                                                Decided:  November 2, 2021

Before WYNN and FLOYD, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mark Watkins, Appellant Pro Se.  Eleanor F. Hurney, OFFICE OF THE UNITED STATES ATTORNEY, Martinsburg, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Watkins appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Kibble*, 992 F.3d 326, 330-32 (4th Cir. 2021) (per curiam); *United States v. High*, 997 F.3d 181, 185-91 (4th Cir. 2021); *United States v. Watkins*, No. 5:94-cr-00066-JPB-1 (N.D.W. Va. Nov. 18, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*